UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN J HAGERTY, *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-1701 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

The scheduling conference previously set for **3:45 p.m. on September 1, 2005** has been reset to **2:30 p.m. on September 30, 2005** in Chambers, Room 8631.  Parties may participate by telephone by calling our conference dial-in number (713) 250-5040 at the scheduled time.

A form of this Court's Scheduling/Docket Control Order is on the District website at www.txs.uscourts.gov   The parties may submit a Proposed Agreed Scheduling Order with the Court prior to the scheduling conference.  The Court will review the Order and if acceptable, give a joint pretrial order due date and trial date, at which time the Court will enter an Order canceling the scheduling conference.

If parties have not submitted a Joint Discovery/Case Management Plan to the Court, please do so before the scheduling conference.

IT IS SO ORDERED.

SIGNED this 31st day of August, 2005.

Keith P. Ellison
United States District Judge

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.